UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                              CHAPTER 11

STAR COMPUTER GROUP, INC.,                    Case No.: 15-28100-AJC

_____Debtor._____/

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

SEE EXHIBIT "A" ATTACHED

I certify that a true and correct copy of the APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS was served by first-class U. S. Mail upon the members of the committee as appointed on Exhibit A. Electronically through CM/ECF, on parties having appeared electronically in the instant matter and to: All parties on the attached service list on this the 23rd day of October, 2015.

Guy G. Gebhardt
Acting United States Trustee
Region 21

By: _____ /s/
Johanna Armengol
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130
Tele: (305) 536-7285
Fax: (305) 536-7360

**EXHIBIT A**

*Frank Flaquer
Sr. Manager A/R Credit Dept.
Samsung Electronics Latinoamerica Miami, Inc.
9850 N. W. 41 St., Suite #350
Doral, FL  33178
Tele:  305-594-1090, Ext 2365
Fax:  None                                          f.flaquer@samsung.com

Craig M. Carpenter, VP
Associate General Counsel
Americas & Global Mobility,
Cloud & Services
Ingram Micro, Inc.
501 Airtech Parkway
Plainfield, IN  46168
Tele:  317-707-2489
Fax:  317-707-2514                                  craig.carpenter@ingrammicro.com

Daryl Hudson, COB
ProcurePal, LLC
12555 Orange Drive, Suite #4088
Davie, FL  33330
Tele:  954-241-1179
Fax:  954-692-0457                                  Cynthia.Manzano@procurepal.net

Michael Gilhuley
Greensill Capital (UK) Limited
175 Varick Street
New York, NY  10014
Tele:  646-630-7358
Fax:  None                                          Mike@greensill.com

Gary H. Shapiro
Atradius Trade Credit Insurance, Inc.
230 Schilling Circle, Suite #240
Hunt Valley, MD  21031
Tele:  410-568-3833
Fax:  410-568-3903                                  gary.shapiro@atradius.com


* Indicates the temporary chairperson of the committee.

**SERVICE LIST**

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- Caridad M Garrido    cary@garridorundquist.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Mindy Y. Kubs    myk@kttlaw.com
- Corali Lopez-Castro    clc@kttlaw.com, rcp@kttlaw.com
- David L Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com;ycc@kttlaw.com


Jandra Bell
AMR Sr. Credit Risk Analyst
Logitech, Inc.
7600 Gateway Blvd.
Newark, CA  94560-1046