IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
STAR COMPUTER GROUP, INC.,    Case No. 15-28100-AJC
                              Chapter 11
      Debtor.
_____/

**TRUSTEE LUZINSKI'S SECOND OMNIBUS OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court to:

**United States Bankruptcy Court
301 North Miami Avenue, Room 150
Miami, Florida  33128**

      Pursuant to Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, Joseph J. Luzinski, as a liquidating trustee ("Trustee Luzinski") for the Star Computer Group Creditor Trust, objects to the following claim(s) filed in this case.

| Claim No. | Claimant's Name & Address | Claim Amount/ Classification | Basis for Objections and Recommended Disposition |
|---|---|---|---|
| 20 | Banyan Village at Dolphin Commerce Center<br>c/o James Schwitalla, Esq.<br>JWS@miamibkc.net<br>12954 SW 133 Road Court<br>Miami, FL   33186 | $38,947.26<br>Secured | **Objection**: The claim has been satisfied pursuant to the terms of the *Order Granting Trustee Luzinski's Motion to Compromise Controversy Between Star Computer Group Creditors Trust and BankUnited, N.A., pursuant to Bankruptcy Rule 9019* [ECF No. 399]. |

Case No: 15-28100-AJC

| Claim No. | Claimant's Name & Address | Claim Amount/ Classification | Basis for Objections and Recommended Disposition |
|---|---|---|---|
| | | | **Recommended Disposition**: This claim should disallowed and stricken for purposes of any further distribution in this case. |
| 14 | Internal Revenue Service Department of the Treasury P.O. Box 7346 Philadelphia, PA  19101-7346<br><br>William Barr, Esq. Attorney General of the United States Department of Justice 950 Pennsylvania Avenue, NW Washington DC 2053-00001<br><br>Ariana Fajardo Orshan, Esq. United States Attorney Southern District of Florida Attn: Civil Process Clerk 99 NE 4 Street Third Floor, Civil Division Miami, FL   33132 | $150,000.00 Secured | **Objection**: The claim is not reflected on Debtor's books and records, and the Debtor received a sizeable refund which would have been reduced for any amounts due and owing<br><br>**Recommended Disposition**: This claim should disallowed and stricken for purposes of any further distribution in this case. |
| 2 | Wells Fargo Financial Leasing Attn: JohnF.Conlon@wellsfargo.com 300 Tri-State International, #400 Lincolnshire, IL  60069 | $477780.70 Secured | **Objection**: The claim is for equipment that was sold and the claim satisfied.<br><br>**Recommended Disposition**: This claim should disallowed and stricken for purposes of any distribution in this case. |

WHEREFORE, Trustee Luzinski requests the entry of an Order (a) sustaining the Objection to the foregoing Claim, and (b) granting such other relief as the Court deems just and proper.

#7209583v1

Case No: 15-28100-AJC

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2019, the foregoing document is being filed electronically filed via the Clerk of the Court using CM/ECF. I also certify that on April 1, 2019, the foregoing document is being served to the creditor identified above by United States Mail.

                **STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2688

By: */s/ Patricia A. Redmond*

      Patricia A. Redmond
      Florida Bar No. 303739
      *predmond@stearnsweaver.com*
*Attorneys for Trustee Luzinski*

#7209583v1

3