

**ORDERED in the Southern District of Florida on May 6, 2019.**

A. Jay Cristol
_____
**A. Jay Cristol, Judge**
**United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
MIAMI DIVISION

In re:

STAR COMPUTER GROUP, INC.,    Case No. 15-28100-AJC
                              Chapter 11
    Debtor.
_____/

**ORDER SUSTAINING**
**TRUSTEE LUZINSKI'S THIRD OMNIBUS OBJECTION TO CLAIM**

THIS MATTER having been considered without hearing, upon *Trustee Luzinski's Third Omnibus Objection to Claims* [ECF No. 500] and the objector submitting this form order having represented that the objection was served on the parties listed below, that the 30-day response time provided by local rule 3007-1(D) has expired, that no one listed below has filed or served on the objector a response disputing the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this Court having considered the basis for the objection to the claim, it is

ORDERED that Trustee Luzinski's objections to the following claims are sustained:

Case No: 15-28100-AJC

| Claim No. | Claimant's Name & Address | Amount/Classification | Disposition |
|---|---|---|---|
| 15 | Samsung Electronics LatinoAmerica (SA) c/o Joaquin J. Alemany, Esq. 701 Brickell Ave., #3300 Miami, FL   33131 | $9,369,815.00 Unsecured | **Disposition**: Pursuant to the parties' agreement, the claimed is allowed an unsecured claim in the amount of $9,159,814. |

# # #

Submitted by and Copy to:

Patricia A. Redmond, Esq.
predmond@stearnsweaver.com
Florida Bar No. 303739
**STEARNS WEAVER MILLER WEISSLER**
 **ALHADEFF & SITTERSON, P.A.**
Museum Tower, Suite 2200
150 West Flagler Street
Miami, FL 33130
Telephone:   (305) 789-3200
Facsimile:    (305) 789-2688
*Attorneys for Trustee Luzinski*

Attorney Redmond is directed to furnished to interested parties a conformed copy of this order and file a certificate of service.

#7369935v1

2