# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

www.flsb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | } | CHAPTER 11 |
| | } | |
| Star Computer Group, Inc., | } | CASE NO. 15-28100-AJC |
| | } | |
| DEBTOR | } | |

### LIQUIDATING TRUSTEE POST-CONFIRMATION
### QUARTERLY OPERATING REPORT
### FOR THE PERIOD
**FROM** July 1, 2020 **TO** September 30, 2020

Comes now Joseph J. Luzinski, solely as liquidating trustee for the above-named debtor files this Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and the debtors' chapter 11 plan and FRB 2015.

In accordance with 28 U.S.C. Section 1746, I declare under penalty of perjury that I have examined the information contained in this report and it is true and correct to the best of my knowledge.

Signed: _/s/ Joseph J. Luzinski_   Date: 10/19/20

Joseph J. Luzinski
Print Name

Liquidating Trustee
Title

Trust's Address
and Phone Number:
Star Computer Group, Inc.
c/o Development Specialists, Ir
500 West Cypress Creek Road
Suite 400
Fort Lauderdale, FL 33309

Tel. (305) 374-2717

Attorney's Address
and Phone Number:
Stearns, Weaver, Miller, Weissler,
 Alhadeff & Sitterson, P.A.
Patricia A. Redmond
150 West Flagler Street
Miami, FL 33130

Telephone (305) 789-3200

---

[1] The Debtors in the Chapter 11 Cases, along with the business addresses and the last four (4) digits of the Debtor's federal tax identification number, if applicable, are: Star Computer Creditor's Trust c/o Development Specialists, Inc., 500 West Cypress Creek Road, Suite 400, Fort Lauderdale, Florida 33309

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. Is the Debtor current on all post-confirmation plan payments? | X | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

Questionnaire Supplemental Reponse
4. Debtor Prepared a final distribution on claims in December 2019.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

*Insurance policies are not needed.

Insurance Supplemental Reponse
1. The esatate has been fully administered, so insurance is no longer necessary.
2. The esatate has been fully administered, so insurance is no longer necessary.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount | |
| Not Applicable | | | | |

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Star Computer Creditor's Trust finalized all activity and distributions December 27, 2019.

Estimated Date of Filing the Application for Final Decree: March 2021

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 19 day of October, 2020

Debtor's Signature

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 2

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | Star Computer Group, Inc. |
| Case Number: | 15-28100-AJC |
| Confirmation Date: | 13-Jun-16 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | Quarter | Post Confirmation Total |
|---|---|---|---:|---:|
| 1. | **CASH (Beginning of Period)** | | $ 0 | $ 0 |
| 2. | **RECEIPTS** | | | |
| | (i) | Income | $ | $ |
| | (ii) | Other | $ 3,751.84 | |
| | **Total Receipts** | | $ 0 | $ 0 |
| 3. | **DISBURSEMENTS** | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | $ | $ |
| | | (i) U.S. Trustee Quarterly Fees | | |
| | | (ii) Federal Taxes | | |
| | | (iii) State Taxes | | |
| | | (iv) Other Taxes | | |
| | b. | **All Other Operating Expenses:** | $ 0 | $ 0 |
| | c. | **Plan Payments:*** | | |
| | | (i) Administrative Claims | $ | $ |
| | | (ii) Class One | | |
| | | (iii) Class Two | | |
| | | (iv) Class Three | | |
| | | (v) Class Four | | |
| | | (vi) Class Five | | |
| | | (vii) Class Six | | |
| | | (viii) Payments from Recourse Funds | | |
| | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | $ 3,000.00 | $ 0 |
| 1. | **CASH (End of Period)** | | $ 751.84 | $ 0 |

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 3

## CHAPTER 11 POST-CONFIRMATION BANK ACCOUNT RECONCILIATIONS
1 of 1

| Bank Account Information | Account #1 |
|---|---|
| Name of Bank: | IberiaBank |
| Account Number: | X1613 |
| Purpose of Account (Operating/Payroll/Tax) | Operation |
| Type of Account (e.g. checking) | Checking |
| 1. **Balance per Bank Statement** | $80,885 |
| 2. **ADD**: Deposits not credited | |
| 3. **SUBTRACT**: Outstanding Checks | ($80,133) |
| 4. Other Reconciling Items | |
| 5. **Month End Balance** (Must Agree with Books) | $752 |

Note: Attach copy of each bank statement and bank reconciliation

| Investment Account Information | |
|---|---|
| Bank / Account Name / Number | Type of Instrument |
| None | |
| | |
| | |
| | |
| | |
| | |

Note: Attach copy of each investment account statement.

QUARTERLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

| Name of Bank | IberiaBank |
|---|---|
| Account Number | X1613 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 1103 | 12/27/2019 | Toshiba America Information | Final Distribution | 24,807.88 |
| 1104 | 12/27/2019 | Asus Global PTE Limited | Final Distribution | 20,123.40 |
| 1106 | 12/27/2019 | General Procurement Inc. | Final Distribution | 12,486.99 |
| 1108 | 12/27/2019 | Acer America Corp. | Final Distribution | 9,353.98 |
| 1111 | 12/27/2019 | InfotelUSA.com | Final Distribution | 4,433.64 |
| 1117 | 12/27/2019 | Southern Marine & Aviation | Final Distribution | 2,653.77 |
| 1121 | 12/27/2019 | Arafa | Final Distribution | 1,785.76 |
| 1122 | 12/27/2019 | Thermaltake | Final Distribution | 1,517.47 |
| 1124 | 12/27/2019 | Sabrent Inc. | Final Distribution | 873.20 |
| 1125 | 12/27/2019 | Saco Trading Inc. | Final Distribution | 762.66 |
| 1128 | 12/27/2019 | Quorum Computer de Mexico | Final Distribution | 594.24 |
| 1131 | 12/27/2019 | Kye Systems America | Final Distribution | 405.65 |
| 1132 | 12/27/2019 | Thomson Reuters | Final Distribution | 174.84 |
| 1134 | 12/27/2019 | Travelers | Final Distribution | 159.98 |
| | | | TOTAL | $ 80,133.46 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| None |
|---|

 **IBERIABANK**

STATEMENT OF ACCOUNT
Date 9/30/20     Page 1 of 3


76685 119317 **AUTOALL FOR AADC 331 R P5 T177
076685
STAR COMPUTER GROUP INC
JOSEPH LUZINSKI LIQUIDATING TRUSTEE
500 W CYPRESS CREEK RD SUITE 400
FORT LAUDERDALE FL 33309



 24-hr Phone Banking
1-800-968-0801
Customer Service
1-800-682-3231

 24-hr Online Banking
iberiabank.com

### COMMERCIAL CHECKING ANALYSIS

| | | |
|---|---|---|
| Previous Balance | 83,885.30 | |
| Deposits/Credits | .00 | |
| 1 Checks/Debits | 3,000.00 | |
| Service Charge | .00 | |
| Interest Paid | .00 | |
| Current Balance | 80,885.30 | |

### ACCOUNT NUMBER ******1613

| | |
|---|---|
| Statement Dates | 9/01/20 thru 9/30/20 |
| Days this Statement Period | 30 |
| Average Ledger Balance | 83,585.30 |
| Average Collected Balance | 83,585.30 |

### CHECKS IN NUMERICAL ORDER

| Date | Check No | Amount |
|---|---|---|
| 9/28 | 1136 | 3,000.00 |

(*) Check Numbers Missing

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 9/01 | 83,885.30 | 9/28 | 80,885.30 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

0000379